UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR GEORGE CACERES,<br><br>    Plaintiff,<br><br>    v.<br><br>DEAN'S REFRIGERATED TRUCKING, INC.,<br><br>    Defendant. | Case No. 13-cv-04267-VC<br><br>**ORDER DISMISSING SETTLED CASE** |

The Court has been advised by the Certification of ADR Session filed on May 5, 2014 that the parties have resolved this case through mediation. (Docket No. 18). Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated. Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

I commend the parties and their attorneys for their settlement efforts, and I extend the court's sincere appreciation to Eric Grover for his work on this case.

**IT IS SO ORDERED.**

Dated: May 5, 2014

VINCE CHHABRIA
United States District Judge