1  Alexei Kuchinsky   State Bar No. 279405
   William P. Klein    State Bar No. 148867
2  KLEIN LAW GROUP
   Two Embarcadero Center, Suite 1800
3  San Francisco, CA 94111
   Tel.:     (415) 693-9107
4  Fax.:    (415) 693-9222
   Email:   alexei@sfbizlaw.com
5
6  Attorneys for Plaintiff Arthur George Caceres
7
8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ARTHUR GEORGE CACERES, | CASE NO.: 13-CV-04267-WHO |
| 12  PLAINTIFF, | **JOINT STIPULATION OF DISMISSAL** |
| 13  VS. | **WITH PREJUDICE & [PROPOSED]** |
| 14  DEAN'S REFRIGERATED TRUCKING, INC., A CALIFORNIA CORPORATION, | **ORDER** AS MODIFIED |
| 15  AND DOES 1 THROUGH 25, | Judge: Hon. William H. Orrick |
| 16  DEFENDANTS. | Court: Courtroom 2 |
| | Action Removed: September 13, 2013 |

17

18  Plaintiff ARTHUR GEORGE CACERES and Defendant DEAN'S REFRIGERATED

19  TRUCKING, INC. ("Parties"),  by and through their undersigned counsel, HEREBY STIPULATE

20  that the above-caption action, including all claims, counterclaims, and affirmative defenses, be and

21  hereby is dismissed with prejudice pursuant to Federal Ruels of Civil Procedure, Rule 41(a)(1)(ii).

22       Each Party will bear its own costa and attorneys' fees.

23       The Parties request that the Court retain jurisdiction to enforce the Settlement Agreement

24  between Plaintiff ARTHUR GEORGE CACERES and Defendant DEAN'S REFRIGERATED

25  TRUCKING, INC. by issuing an Order that explicitly retains jurisdiction to enforce the settlement

26  agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82,

27  (1994).

28       Each undersigned representative of the Parties certifies that he or she is fully authorized to

1 enter into and execute the terms and conditions of this Joint Stipulation of Dismissal.

2     IT IS SO STIPULATED.

3 Dated: June 30, 2014      KLEIN LAW GROUP

BY s/ *Alexei Kuchinsky*
Alexei Kuchinsky
William P. Klein
Attorneys for Plaintiff Arthur George Caceres

Dated: June 11, 2014      GORDON & REES, LLP

BY s/ *Marie Trimble Holvick*
Marie Trimble Holvick
Attorneys for Dean's Refrigerated Trucking, Inc.

The Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated: July 3, 2014

IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

**1**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE & ORDER**